■ In the Matter of AL-BAR FASHIONS, INC., v. ISAAC SIEGMEISTER, as Impartial Chairman.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated April 2, 1962. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

(Republished)

■ ST. REGIS PAPER COMPANY, Appellant, v. JOHN L. RAYWARD, Doing Business as RAYWARD ASSOCIATES, et al., Respondents.— Order entered on April 6, 1961 unanimously modified, on the law and on the facts, to the extent of dismissing the counterclaim, and, as so modified, affirmed, with $20 costs and disbursements to the appellant. The order of this court entered on March 27, 1962 is vacated. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ (A) MIDEAST SECURITIES CORP. v. RKO GENERAL, INC. (B) TELEVISION INDUSTRIES, INC., et al. v. RKO GENERAL, INC.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 16, 1962 with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before May 1, 1962. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ LASZLO PALFFY et al. v. LORRAINE DE JONG et al.— Motion for an enlargement of time granted only insofar as to extend the defendants' time to serve and file the record on appeal and appellants' points to and including April 23, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before May 7, 1962. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

(April 11, 1962)

■ AUGUSTINE FELIZ v. AMERICAN ELECTRIC & MOTOR COMPANY.— Motion for a stay granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

(April 12, 1962)

■ SAMUEL ZAAGER, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HERBERT J. SIMS & CO., INC., Respondent, v. ZARA CONTRACTING CO., INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD SEILER, Appellant.— Order entered on March 23, 1960 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.